ROBERT S. SHWARTS (State Bar No. 196803)
rshwarts@orrick.com
AMIRA B. DAY (State Bar No. 239045)
aday@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MOORE,<br><br>   Plaintiff,<br><br> v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, and DOES 1 through 50,<br><br>   Defendants. | Case No.  C 07-4778 CRB<br><br>**PROOF OF SERVICE** |

OHS West:260307214.1

- 1 -

PROOF OF SERVICE (CASE NO. C 07 4778 CRB)

**PROOF OF SERVICE BY MAIL**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On September 20, 2007, I served the following document(s):

> **NOTICE OF FILING NOTICE OF REMOVAL**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

> Jill R. Ravitch
> Perry, Johnson, Anderson, Miller & Moskowitz, LLP
> 438 1st Street, Fourth Floor
> Santa Rosa, CA 95401

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2007, at San Francisco, California.

              /s/ Erica S. Andrada
              Erica S. Andrada