| | |
|---|---|
| 1 | ROBERT S. SHWARTS (State Bar No. 196803) |
| | rshwarts@orrick.com |
| 2 | AMIRA B. DAY (State Bar No. 239045) |
| | aday@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 773-5700 |
| 5 | Facsimile: (415) 773-5759 |
| 6 | |
| 7 | Attorneys for Defendant |
| | CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN |
| | MORTGAGE CORPORATION |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MOORE, | Case No. C 07-4778 CRB |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| CHASE MANHATTAN MORTGAGE CORPORATION, and DOES 1 through 50, | |
| Defendants. | |

OHS West:260325139.1

- 1 -

PROOF OF SERVICE (CASE NO. C 07-4778 CRB)

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On October 23, 2007, I served the following document(s):

- **ECF REGISTRATION INFORMATION HANDOUT**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO INFORMATION SHEET**
- **CIVIL COVER SHEET**
- **NOTICE OF AVAILIBILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on the interested party in this action by placing true and correct copies thereof in a sealed package designated by Federal Express for that purpose, with such package addressed for delivery as follows:

**Jill R. Ravitch**
Perry, Johnson, Anderson, Miller & Moskowitz, LLP
438 1st Street, Fourth Floor
Santa Rosa, CA 95401

☒ On the date indicated above, I delivered the sealed package(s) to an authorized courier or driver authorized by Federal Express to receive documents, with the delivery fees paid or provided for by the sender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2007, at San Francisco, California.

/s/ Erica S. Andrada
Erica S. Andrada

OHS West:260325139.1

- 2 -

PROOF OF SERVICE (CASE NO. C 07-4778 CRB)