1  ROBERT S. SHWARTS (State Bar No. 196803)
   rshwarts@orrick.com
2  AMIRA B. DAY (State Bar No. 239045)
   aday@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, California  94105
   Telephone:    (415) 773-5700
5  Facsimile:    (415) 773-5759

6

   Attorneys for Defendant
7  CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
   MORTGAGE CORPORATION
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | EUGENE MOORE,                              | Case No.  C 07-4778 CRB
13 |              Plaintiff,                    | **DEFENDANT CHASE HOME FINANCE LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
14 |         v.                                 |
15 | CHASE MANHATTAN MORTGAGE CORPORATION, and DOES 1 through 50, |
16 |                                            |
17 |              Defendants.                   |

Pursuant to Civil L. R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Chase Home Finance LLC, a wholly owned subsidiary of Chase Home Finance Inc. and successor by way of merger to Chase Manhattan Mortgage Corporation; Chase Home Finance Inc., the parent of Chase Home Finance LLC; JPMorgan Chase Bank NA, a national association and the parent of Chase Home Finance Inc.; and JPMorgan Chase & Co, a publicly traded corporation and parent of JPMorgan Chase Bank, NA.

Dated: November 21, 2007

ROBERT S. SHWARTS
AMIRA B. DAY
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Amira B. Day
Attorneys for Defendant
CHASE HOME FINANCE LLC f/k/a CHASE
MANHATTAN MORTGAGE CORPORATION