UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


EUGENE MOORE,
                    Plaintiff(s),

                                                    Case No. C 07-04778 CRB

                                                    ADR CERTIFICATION BY PARTIES
                                                    AND COUNSEL

            v.
CHASE MANHATTAN MORTGAGE
CORPORATION, and DOES 1
through 50,
                    Defendant(s).      /
_____

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.



Dated: November 29 2007

                                                    [Party]
                                                    William J. Daley for CHASE
                                                    HOME FINANCE LLC f/k/a
                                                    CHASE MANHATTAN
                                                    MORTGAGE
                                                    CORPORATION


Dated: November 29, 2007

                                                    [Counsel]
                                                    Amira B. Day for ORRICK,
                                                    HERRINGTON &
                                                    SUTCLIFFE LLP


American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05