1 | ROBERT S. SHWARTS (State Bar No. 196803)
rshwarts@orrick.com
2 | AMIRA B. DAY (State Bar No. 239045)
aday@orrick.com
3 | ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
4 | San Francisco, California 94105
Telephone:  (415) 773-5700
5 | Facsimile:  (415) 773-5759

6

Attorneys for Defendant
7 | CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
MORTGAGE CORPORATION
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12 | EUGENE MOORE,                             Case No. C 07-4778 CRB

13 | Plaintiff,

14 | v.                                        **PROOF OF SERVICE**

15 | CHASE MANHATTAN MORTGAGE
CORPORATION, and DOES 1 through 50,
16
Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260307214.1                          - 1 -

PROOF OF SERVICE (CASE NO. C 07 4778 CRB)

# PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On November 30, 2007, I served the following document(s):

- **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
- **ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Jill R. Ravitch
Perry, Johnson, Anderson, Miller & Moskowitz, LLP
438 1st Street, Fourth Floor
Santa Rosa, CA  95401

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2007, at San Francisco, California.

/s/ Erica S. Andrada
Erica S. Andrada

OHS West:260307214.1
- 2 -
PROOF OF SERVICE (CASE NO. C 07 4778 CRB)