```
1  MICHAEL G. MILLER (SBN: 136491)
   JILL R. RAVITCH (SBN: 129787)
2  PERRY, JOHNSON, ANDERSON
   MILLER & MOSKOWITZ, LLP
3  438 First Street, Fourth Floor
   Post Office Box 1028
4  Santa Rosa, CA 95402-1028
   Telephone: (707) 525-8800
5  Facsimile:  (707) 545-8242

6  Attorneys for Plaintiff
   EUGENE MOORE
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHASE MANHATTAN MORTGAGE CORP., AND Does 1 through 50,<br><br>　　　　　Defendants. | CASE NO.: C 07-04778 CRB<br><br>**PLAINTIFF EUGENE MOORE'S INITIAL DISCLOSURES (FRCP 26(a)(1))** |

　　　　Plaintiff EUGENE MOORE hereby submits the following initial disclosures pursuant to F.R.C.P. Rule 26 (f):

A. WITNESS INFORMATION

　　　　Eugene Moore

　　　　Lori Cady

　　　　Debbie Allen

　　　　Denise Beeson

　　　　Jamin Foster

　　　　Randy Blackenbaker

　　　　Joseph Myers

---

Plaintiff Eugene Moore's Initial Disclosures

1  Robert E. Neale
2  Rose Story
3  Dixie Myers
4  Patty Ensrud
5  Shannon Kilkenny
6  Person most knowledgeable from Defendant Chase regarding which clients of Plaintiff
7 were contacted.

**B. DOCUMENTS**

1. Greeting card and envelope sent to Denise Beeson by Chase Manhattan Mortgage Corporation

2. Greeting card and enclosure card sent to Joseph Myers by Chase Manhatten Mortgage Corporation.

**C. COMPUTATION OF DAMAGES**

Plaintiff seeks damages, including future damages, exemplary damages, attorneys' fees, pre-judgement interest, and cost of suit, as well as restitution of all moneys received as a result of Chase's alleged conduct. Plaintiff is in process of compiling information regarding damages and will provide further detail upon receipt.

**D. INSURANCE AGREEMENT**

Not Applicable

Plaintiff certifies to the best of their knowledge, information, and belief, that the disclosure is complete and correct as of the time it was made. Plaintiff will amend this document further, when information is learned.

Dated: December 14, 2007

PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP

_____
JILL R. RAVITCH
Attorney for Plaintiff

---

Plaintiff Eugene Moore's Initial Disclosures

**PROOF OF SERVICE**

I declare as follows:

I am employed by PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP, whose address is 438 First Street, Fourth Floor, P.O. Box 1028, Santa Rosa, CA 95402-1028. I am over the age of 18 years, and not a party to the within action.

On December 14, 2007, I served the attached document(s) described as:

**PLAINTIFF EUGENE MOORE'S INITIAL DISCLOSURES (FRCP 26(a)(1))**

on the interested parties in said cause, as follows:

Robert S. Shwarts, Esq.                     Attorneys for Defendant
Amira B. Day, Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

__XX__ By Regular U.S. Mail. The documents were placed for collection and mailing, following ordinary business practice for deposit in the United States Postal Service, in a sealed envelope, with the postage thereon fully prepaid, addressed as stated above.

____ By personal service. I caused each such envelope to be delivered by hand to the addressee(s) as stated above.

____ By facsimile or telecopier transmitted from (707) 545-8242. The document transmission was reported as complete and without error.

Receiving fax number: _____   Time of transmission: _____

A copy of the transmission report properly issued by the transmitting facsimile machine is attached to the original of this proof of service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 14, 2007 at Santa Rosa, California.

_____
Diana S. Nickovich