1  ROBERT S. SHWARTS (State Bar No. 196803)
   rshwarts@orrick.com
2  AMIRA B. DAY (State Bar No. 239045)
   aday@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, California 94105
   Telephone:    (415) 773-5700
5  Facsimile:    (415) 773-5759

6

   Attorneys for Defendant
7  CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
   MORTGAGE CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | EUGENE MOORE,                              | Case No. C 07-4778 CRB
13 |          Plaintiff,                         |
14 |     v.                                      | **PROOF OF SERVICE**
15 | CHASE MANHATTAN MORTGAGE
   | CORPORATION, and DOES 1 through 50,
16 |
   |          Defendants.
17

18

19

20

21

22

23

24

25

26

27

28 OHS West:260306567.1                - 1 -

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On December 14, 2007, I served the following document:

> **DEFENDANTS' INITIAL DISCLOSURE STATEMENT**

on the interested party in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

> Jill R. Ravitch
> Perry, Johnson, Anderson, Miller & Moskowitz, LLP
> 438 1st Street, Fourth Floor
> Santa Rosa, CA 95401

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2007, at San Francisco, California.

_____
Amira B. Day