United States District Court
Northern District of California

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9            **Northern District of California**

10   Moore,                                    07-04778 CRB MED

11                     Plaintiff(s),           **Notice of Appointment of Mediator**

12           v.

13   Chase Manhattan Mortgage

14   Corporation,

15                     Defendant(s).

16   TO COUNSEL OF RECORD:

17          The court notifies the parties and counsel that the Mediator assigned to this case

18   is:

19                            **Michael E. Dickstein**
                              Dickstein ADR Services/MEDiate
20                            1595 Greenwich St., #32
                              San Francisco, CA 94123
21                            415-474-1449

22          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

23   governs the Mediation program.  The mediator will schedule a joint phone conference

24   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

25   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

26   The court permits the mediator to charge each party its pro rata share of the cost of the

27   phone conference.

28

**Notice of Appointment of Mediator**
07-04778 CRB MED                  - 1 -

1      Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: December 20, 2007

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:      Claudia M. Forehand

7   

8                                              ADR Case Administrator
                                               415-522-2059
9                                              Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

---

**Notice of Appointment of Mediator**
07-04778 CRB MED                    - 2 -