**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 21, 2007**

**C-07-4778**

### EUGENE MOORE v.  CHASE MANHATTAN MORTGAGE

Attorneys:     Jill Ravitch                          Amira Day

Deputy Clerk: **Frank Justiliano**          Reporter:  **None**

**PROCEEDINGS:**                                                    **RULING:**

1. _____          _____

2. _____          _____

3. _____          _____

4. _____          _____
    ( ) Status Conference      ( ) P/T Conference   ( X ) Initial Case Management Conference

**ORDERED AFTER HEARING:**

  Parties to commence mediation and discovery prior to continued hearing.
_____

( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____
          ( )By Court          ( )Parties to approach Chief Magistrate in future

(X ) CASE CONTINUED TO  4/18/08 at 8:30 a.m.    for _____

Discovery Cut-Off _____     Expert Discovery Cut-Off _____

Plntf to Name Experts by _____     Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____
_____
_____