ROBERT S. SHWARTS (State Bar No. 196803)
rshwarts@orrick.com
AMIRA B. DAY (State Bar No. 239045)
aday@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

Attorneys for Defendant
CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
MORTGAGE CORPORATION


JILL R. RAVITCH (SBN: 129787)
ravitch@perrylaw.net
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
438 First Street, 4th Floor
Santa Rosa, CA 95401
Telephone:  (707) 525-8800
Facsimile:  (707) 545-8242

Attorneys for Plaintiff
EUGENE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MOORE,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, and DOES 1 through 50,<br><br>        Defendants. | Case No. C 07-04778 CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR MEDIATION |

Pursuant to Local Rule for Alternative Dispute Resolution 6-5 and Local Civil Rule 7, plaintiff Eugene Moore ("plaintiff") and defendant Chase Home Finance LLC, formerly known as Chase Manhattan Mortgage Corporation ("Chase"), hereby request that the Court grant the parties an extension of the deadline for mediation until April 17, 2008. In support of this request, the parties represent and stipulate as follows:

1. Pursuant to the Court's order dated December 4, 2007, the deadline for the parties to mediate is 90 days from the date of the Court's order, or March 3, 2008.

2. At the initial case management conference on December 21, 2007, the Court set a further case management conference for April 18, 2008.

3. The parties are currently in the process of conducting discovery in anticipation of mediation.

4. Plaintiff's deposition is scheduled for March 7, 2008.

5. The parties agree that completing certain discovery, including plaintiff's deposition, prior to mediation will render the mediation session more useful, and may increase the likelihood of settlement.

6. On January 15, 2008 the parties had a pre-mediation telephone conference with the assigned mediator, Michael Dickstein, and set a mediation date of April 2, 2008.

7. During the pre-mediation conference call, plaintiff's counsel explained that she has a potential conflict with the April 2, 2008 date, but in any event will be available for mediation sometime between April 2nd and April 17th, so that mediation will have been completed prior to the April 18, 2008 case management conference. Plaintiff's counsel agreed to inform the Mr. Dickstein and Chase as soon as possible regarding any need to reschedule the mediation date.

8. Extending the deadline for the parties to mediate until April 17, 2008 will allow the parties sufficient time to conduct the discovery necessary to facilitate a meaningful mediation, will accommodate any necessary rescheduling of the April 2, 2008 mediation date, and will not interfere with the case management conference scheduled for April 18, 2008.

For the reasons stated above, the parties respectfully request that the Court grant their

- 1 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE DEADLINE FOR MEDIATION
OHS                                    (C 07-04778 CRB)

1 | request to extend the deadline for mediation in this action until April 17, 2008.

2 | IT IS SO STIPULATED.

Dated: January 22, 2008

_____
JILL R. RAVITCH
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
Attorneys for Plaintiff
EUGENE MOORE

Dated: January 22, 2008

_____
AMIRA B. DAY
ORRICK, HERRINGTON &
SUTCLIFFE LLP
Attorneys for Defendant
CHASE HOME FINANCE LLC

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the deadline for mediation shall be extended to April 17, 2008.

IT IS SO ORDERED.

Dated: January 23, 2007

_____
Hon. _____
IT IS SO ORDERED
Judge Charles R. Breyer