1   ROBERT S. SHWARTS (State Bar No. 196803) rshwarts@orrick.com
    AMIRA B. DAY (State Bar No. 239045) aday@orrick.com
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
3   San Francisco, California 94105
    Telephone:   (415) 773-5700
4   Facsimile:   (415) 773-5759

5   Attorneys for Defendant
    CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN MORTGAGE
6   CORPORATION

7

    JILL R. RAVITCH (State Bar No. : 129787) ravitch@perrylaw.net
8   JOSHUA A. MYERS (State Bar No.: 250988) myers@perrylaw.net
    PERRY, JOHNSON, ANDERSON
9   MILLER & MOSKOWITZ, LLP
    438 First Street, 4th Floor
10  Santa Rosa, CA 95401
    Telephone:   (707) 525-8800
11  Facsimile:   (707) 545-8242

12  Attorneys for Plaintiff
    EUGENE MOORE

13

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18

19  EUGENE MOORE,                              Case No.  C 07-04778 CRB

20              Plaintiff,

21         v.                                  **STIPULATION AND PROTECTIVE
                                               ORDER RE USE OF CONFIDENTIAL
22  CHASE MANHATTAN MORTGAGE                   INFORMATION**
    CORPORATION, and DOES 1 through 50,
23  Defendants.

24

25

26

27

28

1    IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, by and

2    through their attorneys of record, herein that:

3        1.    All documents produced by Plaintiff Eugene Moore ("Plaintiff") or Defendant

4    Chase Home Finance LLC, formerly known as Chase Manhattan Mortgage Corporation

5    ("Defendant") or other information disclosed by the parties in the course of discovery shall be

6    used only in the preparation for, hearing of, and other proceedings in connection with this matter

7    unless and until otherwise agreed in writing by the parties.  This information may include but is

8    not limited to confidential financial, personnel and/or personal information pertaining to Plaintiff,

9    Plaintiff's clients and/or Defendant, Defendant's employees, and/or Defendant's clients.

10        2.    The parties, or either of them, may in good faith designate the documents and

11    information produced or provided by either of them, or by a third party, in discovery as

12    "CONFIDENTIAL."  As so designated, the documents and information will become subject to

13    this Stipulation.

14        3.    Except with the prior written consent of the producing party, such documents, or

15    other produced information, and all information derived therefrom, including summaries, excerpts

16    or abstracts thereof, may not be disclosed to any person other than:

17            a.    The parties to this matter;

18            b.    Counsel of record for the respective parties to this matter; and

19            c.    Employees of such counsel assigned to and necessary to assist such counsel

20                in the preparation of this matter;

21    No person receiving such document, or information shall disclose the document, transcript or

22    information to any person other than those described in this paragraph and then only for the

23    purposes specified in paragraph 1.

24        4.    All such documents or other tangible things containing such information hereby

25    deemed confidential, no matter what form the information is reduced to, remain the property of,

26    and under the custody and control of, the producing party.

27        5.    At the conclusion of these proceedings all such documents and other papers

28    containing such information, including but not limited to summaries, excerpts and abstracts, shall

STIPULATION AND PROTECTIVE ORDER RE USE
OF CONFIDENTIAL INFORMATION
C 07-04778 CRB

1    be destroyed or returned to the producing party within ten business days, at the producing party's

2    option.

3         6.    The execution of this Stipulation shall not:

4              A.    Constitute a waiver of any party's right to seek from the Court at a future

5    time an order which provides greater, lesser or no restriction of access to Confidential documents

6    or information; or

7              B.    Be construed as an admission or agreement that any document or

8    information designated as Confidential is, in fact, confidential or otherwise entitled to any

9    protective relief whatsoever.

10         This Stipulation may be signed in counterparts and is sufficient to bind any party

11    executing it and his or its attorneys and agents.

12
   FOR PLAINTIFF:                                     FOR DEFENDANT:
13

14
   By: _____                       By: _____
15
      Jill R. Ravitch                                    Amira B. Day
16    PERRY, JOHNSON, ANDERSON,                          ORRICK, HERRINGTON & SUTCLIFFE
      MILLER & MOSKOWITZ, LLP                            LLP
17

      Dated: February 28, 2008                         Dated: February 28, 2008
18

19                                  **ORDER**

20    PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

21

22    Dated: _____    _____

23                                           Judge of the Superior Court

24

25

26

27

28

OHS West:260370493.2

                                          STIPULATION AND PROTECTIVE ORDER RE USE
                                               OF CONFIDENTIAL INFORMATION
                                                      C 07-04778 CRB