ROBERT S. SHWARTS (State Bar No. 196803) rshwarts@orrick.com
AMIRA B. DAY (State Bar No. 239045) aday@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN MORTGAGE
CORPORATION


JILL R. RAVITCH (State Bar No. : 129787) ravitch@perrylaw.net
JOSHUA A. MYERS (State Bar No.: 250988) myers@perrylaw.net
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
438 First Street, 4th Floor
Santa Rosa, CA 95401
Telephone:    (707) 525-8800
Facsimile:    (707) 545-8242

Attorneys for Plaintiff
EUGENE MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, and DOES 1 through 50,<br>Defendants. | Case No. C 07-04778 CRB<br><br>**STIPULATION AND PROTECTIVE ORDER RE USE OF CONFIDENTIAL INFORMATION** |

1   IT IS HEREBY STIPULATED AND AGREED by the undersigned parties, by and
through their attorneys of record, herein that:

    1.    All documents produced by Plaintiff Eugene Moore ("Plaintiff") or Defendant Chase Home Finance LLC, formerly known as Chase Manhattan Mortgage Corporation ("Defendant") or other information disclosed by the parties in the course of discovery shall be used only in the preparation for, hearing of, and other proceedings in connection with this matter unless and until otherwise agreed in writing by the parties. This information may include but is not limited to confidential financial, personnel and/or personal information pertaining to Plaintiff, Plaintiff's clients and/or Defendant, Defendant's employees, and/or Defendant's clients.

    2.    The parties, or either of them, may in good faith designate the documents and information produced or provided by either of them, or by a third party, in discovery as "CONFIDENTIAL." As so designated, the documents and information will become subject to this Stipulation.

    3.    Except with the prior written consent of the producing party, such documents, or other produced information, and all information derived therefrom, including summaries, excerpts or abstracts thereof, may not be disclosed to any person other than:

        a.    The parties to this matter;

        b.    Counsel of record for the respective parties to this matter; and

        c.    Employees of such counsel assigned to and necessary to assist such counsel in the preparation of this matter;

No person receiving such document, or information shall disclose the document, transcript or information to any person other than those described in this paragraph and then only for the purposes specified in paragraph 1.

    4.    All such documents or other tangible things containing such information hereby deemed confidential, no matter what form the information is reduced to, remain the property of, and under the custody and control of, the producing party.

    5.    At the conclusion of these proceedings all such documents and other papers containing such information, including but not limited to summaries, excerpts and abstracts, shall

be destroyed or returned to the producing party within ten business days, at the producing party's option.

6. The execution of this Stipulation shall not:

A. Constitute a waiver of any party's right to seek from the Court at a future time an order which provides greater, lesser or no restriction of access to Confidential documents or information; or

B. Be construed as an admission or agreement that any document or information designated as Confidential is, in fact, confidential or otherwise entitled to any protective relief whatsoever.

This Stipulation may be signed in counterparts and is sufficient to bind any party executing it and his or its attorneys and agents.

FOR PLAINTIFF:

By: _____
Jill R. Ravitch
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

Dated: February 28, 2008

FOR DEFENDANT:

By: _____
Amira B. Day
ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: February 28, 2008

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: March 3, 2008

_____
Judge of the

IT IS SO ORDERED
Judge Charles R. Breyer

OHS West:260370493.2

3

STIPULATION AND PROTECTIVE ORDER RE USE
OF CONFIDENTIAL INFORMATION
C 07-04778 CRB