# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Moore,<br><br>        Plaintiff(s),<br><br>v.<br><br>Chase Manhattan Mortgage Corporation,<br><br>        Defendant(s). | No. C 07-04778 CRB MED<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __April 2 08__

2. Did the case settle?  ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: __April 2 08__  _____
Mediator, Michael E. Dickstein
Dickstein ADR Services/MEDiate
1595 Greenwich St., #32
San Francisco, CA 94123

**Certification of ADR Session**
07-04778 CRB MED