```
 1  ROBERT S. SHWARTS (State Bar No. 196803)
    rshwarts@orrick.com
 2  AMIRA B. DAY (State Bar No. 239045)
    aday@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
 4  San Francisco, California 94105
    Telephone:   (415) 773-5700
 5  Facsimile:   (415) 773-5759

 6  Attorneys for Defendant
    CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
 7  MORTGAGE CORPORATION

 8
    JOSHUA MYERS (State Bar No. 250988)
 9  myers@perrylaw.net
    PERRY, JOHNSON, ANDERSON
10  MILLER & MOSKOWITZ, LLP
    438 First Street, 4th Floor
11  Santa Rosa, CA 95401
    Telephone:   (707) 525-8800
12  Facsimile:   (707) 545-8242

13  Attorneys for Plaintiff
    EUGENE MOORE
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MOORE,<br><br>           Plaintiff,<br><br>     v.<br><br>CHASE MANHATTAN MORTGAGE CORPORATION, and DOES 1 through 50,<br><br>           Defendants. | Case No. C 07-04778 CRB<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: April 18, 2008<br>Time: 8:30 a.m. |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
(C 07-04778 CRB)

OHS West:260415866.1

1   Pursuant to this Court's Local Rule 16-10(d), the parties to the above-entitled
2   action jointly submit this Case Management Statement.
3   The parties mediated this case on April 2, 2008, and came to a settlement. The
4   parties are in the process of executing a formal Settlement Agreement, following which plaintiff
5   will dismiss the action with prejudice. The parties do not anticipate that this process will be
6   complete prior to the case management conference currently set for April 18, 2008. Accordingly,
7   the parties respectfully request that the case management conference currently set for April 18,
8   2008 be continued until May 16, 2008 to allow the parties time to finalize a Settlement
9   Agreement and for plaintiff to dismiss the action.

Dated: April __, 2008

JOSHUA MYERS
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
Attorneys for Plaintiff
EUGENE MOORE

Dated: April 8, 2008

ROBERT S. SHWARTS
ORRICK, HERRINGTON &
SUTCLIFFE LLP
Attorneys for Defendant
CHASE HOME FINANCE LLC

- 1 -

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
(C 07-04778 CRB)

OHS