1 | ROBERT S. SHWARTS (State Bar No. 196803)
rshwarts@orrick.com
2 | AMIRA B. DAY (State Bar No. 239045)
aday@orrick.com
3 | ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
4 | San Francisco, California 94105
Telephone:    (415) 773-5700
5 | Facsimile:    (415) 773-5759

6 | Attorneys for Defendant
CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
7 | MORTGAGE CORPORATION

8 |

JOSHUA MYERS (State Bar No.: 250988)
9 | myers@perrylaw.net
PERRY, JOHNSON, ANDERSON
10 | MILLER & MOSKOWITZ, LLP
438 First Street, 4th Floor
11 | Santa Rosa, CA 95401
Telephone:    (707) 525-8800
12 | Facsimile:    (707) 545-8242

13 | Attorneys for Plaintiff
EUGENE MOORE

14 |

15 |

UNITED STATES DISTRICT COURT

16 |

NORTHERN DISTRICT OF CALIFORNIA

17 |

18 |

EUGENE MOORE,    | Case No.  C 07-04778 CRB

19 |

            Plaintiff,    | NOTICE OF SETTLEMENT

20 |

    v.

21 |

CHASE MANHATTAN MORTGAGE
22 | CORPORATION, and DOES 1 through 50,

23 |             Defendants.

24 |

25 |

26 |

27 |

28 |

1    Plaintiff Eugene Moore and Defendant Chase Home Finance LLC, formerly known as

2  Chase Manhattan Mortgage Corporation, hereby notify the Court that the parties have reached a

3  settlement in this matter.  Attached hereto as Exhibit A is a copy of the Certification of ADR

4  Session filed by mediator Michael Dickstein on April 8, 2008 indicating that the parties fully

5  settled this case at mediation.  Counsel for Defendant and Plaintiff are in the process of executing

6  a written Release and Settlement Agreement, following which plaintiff will dismiss this case with

7  prejudice.  The Parties anticipate that plaintiff will file a dismissal no later than May 15, 2008.

8  Accordingly, the Parties respectfully request that the Court take the case management conference

9  currently set for April 18, 2008, off calendar or continue it to a later date.

10

11  Dated:  April 15, 2008

12                                          JOSHUA MYERS
                                            PERRY, JOHNSON, ANDERSON
13                                          MILLER & MOSKOWITZ, LLP
                                            Attorneys for Plaintiff
14                                          EUGENE MOORE

15

16  Dated:  April 15, 2008

17                                          AMIRA B. DAY
                                            ORRICK, HERRINGTON &
18                                          SUTCLIFFE LLP
                                            Attorneys for Defendant
19                                          CHASE HOME FINANCE LLC

20

21

22

23

24

25

26

27

28

OHS

NOTICE OF SETTLEMENT
(C 07-04778 CRB)

# EXHIBIT A

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

9  | Moore,

10 |           Plaintiff(s),

11 |      v.

12 | Chase Manhattan Mortgage

13 | Corporation,

14 | _____ Defendant(s).

No. C 07-04778 CRB MED

**Certification of ADR Session**

15 | _Instructions_: **The neutral shall submit this Certification to the ADR unit within 10 days after**

16 | **completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court**

17 | **file.**

18 | 1.    I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE

19 |       session on (date) _April 2 08_

20 | 2.    Did the case settle?        ☑ fully        ☐ partially    ☐ no

21 | 3.    If the case did not settle fully, is any follow-up contemplated?

22 |       ☐ another session scheduled for (date) _____

23 |       ☐ phone discussions expected by (date) _____

24 |       ☐ no

25 | 4.    **IS THIS ADR PROCESS COMPLETED?**    ☑ **YES**    ☐ **NO**

26 |    Dated: _____April 2 08_____    _M. Dick_____

27 |                                    Mediator, Michael E. Dickstein
                                        Dickstein ADR Services/MEDiate

28 |                                    1595 Greenwich St., #32
                                        San Francisco, CA 94123

**Certification of ADR Session**
07-04778 CRB MED

_(Left margin, rotated)_ United States District Court  Northern District of California