1  ROBERT S. SHWARTS (State Bar No. 196803)
   rshwarts@orrick.com
2  AMIRA B. DAY (State Bar No. 239045)
   aday@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, California 94105
   Telephone:   (415) 773-5700
5  Facsimile:   (415) 773-5759

6  Attorneys for Defendant
   CHASE HOME FINANCE LLC f/k/a CHASE MANHATTAN
7  MORTGAGE CORPORATION

8
   JOSHUA MYERS (State Bar No.: 250988)
9  myers@perrylaw.net
   PERRY, JOHNSON, ANDERSON
10 MILLER & MOSKOWITZ, LLP
   438 First Street, 4th Floor
11 Santa Rosa, CA 95401
   Telephone:   (707) 525-8800
12 Facsimile:   (707) 545-8242

13 Attorneys for Plaintiff
   EUGENE MOORE
14

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA
17

18 EUGENE MOORE,                        | Case No. C 07-04778 CRB
19              Plaintiff,              | STIPULATION OF DISMISSAL
                                        | WITH PREJUDICE
20      v.
21
   CHASE MANHATTAN MORTGAGE
22 CORPORATION, and DOES 1 through 50,
23              Defendants.
24
25
26
27
28

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this case by Plaintiff are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

Dated: April 28, 2008

_____
JOSHUA MYERS
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
Attorneys for Plaintiff
EUGENE MOORE

Dated: April 25, 2008

_____
AMIRA B. DAY
ORRICK, HERRINGTON &
SUTCLIFFE LLP
Attorneys for Defendant
CHASE HOME FINANCE LLC